Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Helen M. Ginter
Francis R. Ginter**
  Debtor(s)

Bankruptcy Case No.: 13−24478−CMB

Chapter: 13
Docket No.: 72 − 71
Concil. Conf.: July 19, 2018 at 09:00 AM

## ORDER

   **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

   **IT IS HEREBY ORDERED** that, on or before **June 25, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

   1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

   2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

   **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

   On or before **July 9, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

   On **July 19, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

   If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

   This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: May 16, 2018

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

```
                       United States Bankruptcy Court
                       Western District of Pennsylvania

In re:                                                      Case No. 13-24478-CMB
Helen M. Ginter                                             Chapter 13
Francis R. Ginter
        Debtors
                            CERTIFICATE OF NOTICE
District/off: 0315-2          User: kthe                  Page 1 of 2                  Date Rcvd: May 16, 2018
                              Form ID: 410                Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db/jdb         +Helen M. Ginter,    Francis R. Ginter,    600 Beech Hills Road,    Jeannette, PA 15644-4038
13737007       +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
13737008       +Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
13737012       +FNB Consumer Discount Company,    6291 St. Rt. 30,    Greensburg, PA 15601-7597
13737016       +HSBC Mortgage Services,    P.O. Box 9068,    Brandon, FL 33509-9068
13783747       +HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
14421446       +Wilmington Savings Fund Society, FSB, d,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13762944        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2018 02:04:16
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
13737011        E-mail/Text: mrdiscen@discover.com May 17 2018 01:52:40        Discover Financial Services,
                 P Box 15316,    Wilmington, DE 19850
13741764        E-mail/Text: mrdiscen@discover.com May 17 2018 01:52:40        Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13737014       +E-mail/PDF: gecsedi@recoverycorp.com May 17 2018 01:55:59        GE Capital Retail Bank,
                 P.O. Box 965007,    Orlando, FL 32896-5007
13737015       +E-mail/PDF: gecsedi@recoverycorp.com May 17 2018 01:55:59        GE/JCPenney,    Po Box 965007,
                 Orlando, FL 32896-5007
13737017       +E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2018 02:04:18        LVNV Funding LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
13790809        E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2018 02:04:17
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13790810        E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2018 02:04:18
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13737018       +E-mail/Text: bankruptcydpt@mcmcg.com May 17 2018 01:53:17        Midland Funding,
                 8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
13737019        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2018 01:56:01
                 Portfolio Recovery Associates,    120 Corporate Blvd Suite 100,    Norfolk, VA 23502
13796973        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2018 01:56:13
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13737009       +E-mail/Text: jennifer.chacon@spservicing.com May 17 2018 01:54:04
                 Select Portfolio Servicing, Inc.,    SPS, Inc.,    PO Box 65450,    Salt Lake City, UT 84165-0450
13737020       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 17 2018 01:52:37
                 Verizon,    P.O. Box 5029,    Wallingford, CT 06492-7529
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank, N.A., successor trustee to LaSalle Ban
cr              U.S. Bank, N.A., successor trustee to LaSalle Bank
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
13737010        Citibank South Dakota NA
13737013        GE Capital Corporation
cr            ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                TOTALS: 5, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: kthe               Page 2 of 2               Date Rcvd: May 16, 2018
                               Form ID: 410             Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              Kimberly A. Bonner    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE1, Asset-Backed Certificates Series 2006-HE1 amps@manleydeas.com
              Lawrence R. Burns    on behalf of Joint Debtor Francis R. Ginter lawburns1@gmail.com,
               faithaburns@gmail.com
              Lawrence R. Burns    on behalf of Debtor Helen M. Ginter lawburns1@gmail.com,
               faithaburns@gmail.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2006-HE1, Asset-Backed Certificates Series 2006-HE1 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2006-HE1, Asset-Backed Certificates Series 2006-HE1 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```