IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | BANKR. NO. 13-24478-CMB |
| ) | |
| HELEN M. GINTER and ) | CHAPTER 13 |
| FRANCIS R. GINTER, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| HELEN M. GINTER and ) | |
| FRANCIS R. GINTER, ) | |
| ) | |
| Movants/Debtors, ) | |
| ) | |
| vs. ) | |
| ) | |
| NO RESPONDENT. ) | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Motion to Substitute Counsel filed on May 26, 2018, Doc. No. 74, and the Hearing Notice filed on May 26, 2018, Doc. No. 75, were served on May 26, 2018 as follows:

By electronic mail addressed as follows:

Kimberly A. Bonner on behalf of Creditor U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE1, Asset-Backed Certificates Series 2006-HE1
amps@manleydeas.com

Lawrence R. Burns, Esquire, lawburns1@gmail.com, faithaburns@gmail.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Matthew Christian Waldt on behalf of Creditor U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE1, Asset-Backed Certificates Series 2006-HE1
mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

James Warmbrodt on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1, bkgroup@kmllawgroup.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

By regular mail addressed to the parties in the attached mailing matrix.

Dated: May 26, 2018    /s/ Glenn R. Bartifay
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Attorney for Movants/Debtors

BARTIFAY LAW OFFICES, P.C.
3134 Lillian Avenue, First Floor
Murrysville, PA 15668
(412) 824-4011
gbartifay@bartifaylaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 13-24478-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Sat May 26 08:53:57 EDT 2018 | SELECT PORTFOLIO SERVICING, INC<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One Bank<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FNB Consumer Discount Company<br>6291 St. Rt. 30<br>Greensburg, PA 15601-7597 |
| GE Capital Retail Bank<br>P.O. Box 965007<br>Orlando, FL 32896-5007 | GE/JCPenney<br>Po Box 965007<br>Orlando, FL 32896-5007 | HSBC Mortgage Services<br>P.O. Box 9068<br>Brandon, FL 33509-9068 |
| HSBC Mortgage Services, Inc.<br>P.O. Box 21188<br>Eagan, Minnesota 55121-0188 | LVNV Funding LLC<br>PO Box 10497<br>Greenville, SC 29603-0497 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank (South Dakota),<br>N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC its successors and assigns<br>assignee of GE Money Bank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Midland Funding<br>8875 Aero Drive Suite 200<br>San Diego, CA 92123-2255 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Select Portfolio Servicing, Inc.<br>SPS, Inc.<br>PO Box 65450<br>Salt Lake City, UT 84165-0450 | Verizon<br>P.O. Box 5029<br>Wallingford, CT 06492-7529 |
| Wilmington Savings Fund Society, FSB, d<br>Serviced by Select Portfolio Servicing,<br>3217 S. Decker Lake Dr.<br>Salt Lake City, UT 84119-3284 | Francis R. Ginter<br>600 Beech Hills Road<br>Jeannette, PA 15644-4038 | Glenn R. Bartifay<br>3134 Lillian Avenue<br>First Floor<br>Murrysville, PA 15668-1868 |
| Helen M. Ginter<br>600 Beech Hills Road<br>Jeannette, PA 15644-4038 | Lawrence R. Burns<br>231 South Main St.<br>310 Coulter Building<br>Greensburg, PA 15601 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Financial Services<br>P Box 15316<br>Wilmington, DE 19850 | Portfolio Recovery Associates<br>120 Corporate Blvd Suite 100<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u) U.S. Bank, N.A., successor trustee to LaS | (u)U.S. Bank, N.A., successor trustee to LaSa | (u)Wilmington Savings Fund Society, FSB, d/b/ |
| (u)Citibank South Dakota NA | (u)GE Capital Corporation | End of Label Matrix<br>Mailable recipients    26<br>Bypassed recipients     5<br>Total                   31 |