IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO.  13-24478-CMB |
| | ) | |
| HELEN M. GINTER and | ) | CHAPTER 13 |
| FRANCIS R. GINTER, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| HELEN M. GINTER and | ) | |
| FRANCIS R. GINTER, | ) | |
| | ) | |
| Movants/Debtors, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |

**CERTIFICATION OF NO OBJECTION TO
MOTION TO SUBSTITUTE COUNSEL**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Substitute Counsel filed on May 26, 2018, Doc. No. 74, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Objection appears thereon.  Pursuant to the Hearing Notice filed on May 26, 2018, Doc. No. 75, Responses to the Motion were to be filed and served no later than June 12, 2018.

It is hereby respectfully requested that the Proposed Order filed on May 26, 2018, Doc. No. 74-1, be entered by the Court.


Dated: June 13, 2018                    /s/ Natasha C. Alejandro
                                        NATASHA C. ALEJANDRO, ESQUIRE
                                        Pa. Id. No. 316860
                                        Counsel for the Debtors

                                        BARTIFAY LAW OFFICES, P.C.
                                        3134 Lillian Avenue, First Floor
                                        Murrysville, PA 15668
                                        (412) 824-4011
                                        nalejandro@bartifaylaw.com

1