IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | BANKR. NO. 13-24478-CMB |
| HELEN M. GINTER and FRANCIS R. GINTER, | CHAPTER 13 |
| | Related to Document No. 74 |
| Debtor. | |
| | **ENTERED BY DEFAULT** |
| HELEN M. GINTER and FRANCIS R. GINTER, | |
| Movants/Debtors, | |
| vs. | |
| NO RESPONDENT. | |

## ORDER OF COURT

AND NOW, to wit, this  13th  day of       June         , 2018, it is hereby ORDERED that Glenn R. Bartifay, Esquire, is substituted as counsel for Debtors Helen M. Ginter and Francis R. Ginter in the above matter, and that Lawrence R. Burns, Esquire, is withdrawn as counsel for the Debtors Helen M. Ginter and Francis R. Ginter in the above matter.

BY THE COURT:

_Carlota M. Böhm_  kmt
CARLOTA M. BÖHM,
U.S. District Court Bankruptcy Judge

FILED
6/13/18 4:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-24478-CMB
Helen M. Ginter                                                                 Chapter 13
Francis R. Ginter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: culy              Page 1 of 2              Date Rcvd: Jun 14, 2018
                               Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2018.
db/jdb         +Helen M. Ginter,    Francis R. Ginter,    600 Beech Hills Road,    Jeannette, PA 15644-4038
13737012       +FNB Consumer Discount Company,    6291 St. Rt. 30,    Greensburg, PA 15601-7597
13737016       +HSBC Mortgage Services,    P.O. Box 9068,    Brandon, FL 33509-9068
13783747       +HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
14421446       +Wilmington Savings Fund Society, FSB, d,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13762944        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2018 01:47:49
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13737007       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2018 01:46:56      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
13737008       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2018 01:46:12      Capital One Bank,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
13737011        E-mail/Text: mrdiscen@discover.com Jun 15 2018 01:41:06       Discover Financial Services,
                 P Box 15316,    Wilmington, DE 19850
13741764        E-mail/Text: mrdiscen@discover.com Jun 15 2018 01:41:06       Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13737014       +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2018 01:46:10      GE Capital Retail Bank,
                 P.O. Box 965007,    Orlando, FL 32896-5007
13737015       +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2018 01:46:53      GE/JCPenney,    Po Box 965007,
                 Orlando, FL 32896-5007
13737017       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 15 2018 01:59:31      LVNV Funding LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
13790809        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 15 2018 01:47:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13790810        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 15 2018 01:47:07
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13737018       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 15 2018 01:41:40       Midland Funding,
                 8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
13737019        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2018 02:00:32
                 Portfolio Recovery Associates,    120 Corporate Blvd Suite 100,    Norfolk, VA 23502
13796973        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2018 02:00:32
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13737009       +E-mail/Text: jennifer.chacon@spservicing.com Jun 15 2018 01:42:19
                 Select Portfolio Servicing, Inc.,    SPS, Inc.,    PO Box 65450,    Salt Lake City, UT 84165-0450
13737020       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 15 2018 01:41:04
                 Verizon,    P.O. Box 5029,    Wallingford, CT 06492-7529
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. Bank, N.A., successor trustee to LaSalle Ban
cr             U.S. Bank, N.A., successor trustee to LaSalle Bank
cr             Wilmington Savings Fund Society, FSB, d/b/a Christ
13737010       Citibank South Dakota NA
13737013       GE Capital Corporation
cr           ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                       TOTALS: 5, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                  Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: culy                Page 2 of 2              Date Rcvd: Jun 14, 2018
                              Form ID: pdf900           Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:

```
          Glenn R. Bartifay    on behalf of Debtor Helen M. Ginter gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com
          Glenn R. Bartifay    on behalf of Joint Debtor Francis R. Ginter gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com
          James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
           bkgroup@kmllawgroup.com
          Kimberly A. Bonner    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
           National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
           2006-HE1, Asset-Backed Certificates Series 2006-HE1 amps@manleydeas.com
          Lawrence R. Burns    on behalf of Joint Debtor Francis R. Ginter lawburns1@gmail.com,
           faithaburns@gmail.com
          Lawrence R. Burns    on behalf of Debtor Helen M. Ginter lawburns1@gmail.com,
           faithaburns@gmail.com
          Matthew Christian Waldt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
           Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
           Trust 2006-HE1, Asset-Backed Certificates Series 2006-HE1 mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Matthew Christian Waldt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
           Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
           Trust 2006-HE1, Asset-Backed Certificates Series 2006-HE1 mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```