## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 13-24478-CMB |
| Helen M. Ginter and | : Chapter 13 |
| Francis R. Ginter | : |
|         Debtor | : |
| | : |
| Ronda J. Winnecour, Esquire | : |
|         Trustee/Movant | : |
| vs. | : |
| | : |
| Wilmington Savings Fund Society, FSB, d/b/a | : |
| Christiana Trust, as indenture trustee, for the | : |
| CSMC 2017-1 Trust, Mortgage-Backed Notes, | : |
| Series 2017-1 c/o Select Portfolio Servicing, | : |
| Inc. | : |
|         Respondent | : |

## STATEMENT IN RESPONSE TO INTERIM NOTICE
## OF CURE OF ARREARS

AND NOW, comes Respondent, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 c/o Select Portfolio Servicing, Inc., and responds to the Trustee's Interim Notice of Cure of Arrears as follows:

1) The Proof of Claim arrears of Claim #3 have paid in full, satisfying the pre-petition arrearage obligation owed to Respondent.

2) The Debtor is current on post-petition payments consistent with § 1322(b)(5) of the Code, as Debtor is due for the 08/01/2018 post-petition payment.

Dated: 08/10/2018

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 13-24478-CMB |
| Helen M. Ginter and | : Chapter 13 |
| Francis R. Ginter | : |
|     Debtor | : |
| | : |
| Ronda J. Winnecour, Esquire | : |
|     Trustee/Movant | : |
| vs. | : |
| | : |
| Wilmington Savings Fund Society, FSB, d/b/a | : |
| Christiana Trust, as indenture trustee, for the | : |
| CSMC 2017-1 Trust, Mortgage-Backed Notes, | : |
| Series 2017-1 c/o Select Portfolio Servicing, | : |
| Inc. | : |
|     Respondent | : |

## CERTIFICATE OF SERVICE

I, Danielle Boyle-Ebersole, Esq., hereby certify that I caused to be served true and correct copies of the **STATEMENT IN RESPONSE TO INTERIM NOTICE OF CURE OF ARREARS** at the respective last known address of each person set forth below on August 10, 2018:

Glenn R. Bartifay, Esquire  
3134 Lillian Avenue  
First Floor  
Murrysville, PA 15668  
Via First Class Mail  
*Attorney for Debtors*

Ronda J. Winnecour, Esquire  
Via Electronic Filing  
*Trustee*

Helen M. Ginter  
600 Beech Hills Road  
Jeannette, PA 15644  
Via First Class Mail  
*Debtor*

Francis R. Ginter  
600 Beech Hills Road  
Jeannette, PA 15644  
Via First Class Mail  
*Debtor*

Date: 08/10/2018

Respectfully Submitted,  
/s/Danielle Boyle-Ebersole, Esquire  
Danielle Boyle-Ebersole, Esquire  
Hladik, Onorato & Federman, LLP  
Attorney I.D. # 81747  
298 Wissahickon Avenue  
North Wales, PA 19454  
Phone 215-855-9521  
Fax 215-855-9121