# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br>   HELEN M. GINTER <br> FRANCIS R. GINTER <br>         Debtor(s) <br>   Ronda J. Winnecour, Trustee <br>       Movant <br>         vs. <br>   HELEN M. GINTER <br> FRANCIS R. GINTER <br><br>       Respondents | Case No.13-24478CMB <br><br> Chapter 13 <br><br> Related to: <br> Document No. 92 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  13th  day of  November , 20 18, it is hereby ORDERED, ADJUDGED, and DECREED that,

Excela Health
Attn: Payroll Manager
532 West Pittsburgh St
Greensburg, PA 15601

is hereby ordered to immediately terminate the attachment of the wages of HELEN M. GINTER, social security number XXX-XX-7213. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of HELEN M. GINTER.

~~FURTHER ORDERED:~~

BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

*Carlota M. Böhm*  kmt
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
11/13/18 3:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Helen M. Ginter
Francis R. Ginter
    Debtors

Case No. 13-24478-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: kthe    Page 1 of 1    Date Rcvd: Nov 13, 2018
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2018.
db             +Helen M. Ginter,    600 Beech Hills Road,    Jeannette, PA 15644-4038
               +Excela Health,    Attn: Payroll Manager,    532 West Pittsburgh Street,
                 Greensburg, PA 15601-2239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2018 at the address(es) listed below:
      Danielle Boyle-Ebersole    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series
               2017-1 debersole@hoflawgroup.com, bbleming@hoflawgroup.com
      Glenn R. Bartifay    on behalf of Joint Debtor Francis R. Ginter gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com;jmartin@bartifaylaw.com
      Glenn R. Bartifay    on behalf of Debtor Helen M. Ginter gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com;jmartin@bartifaylaw.com
      James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
      Kimberly A. Bonner    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE1, Asset-Backed Certificates Series 2006-HE1 amps@manleydeas.com
      Matthew Christian Waldt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2006-HE1, Asset-Backed Certificates Series 2006-HE1 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
      Matthew Christian Waldt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2006-HE1, Asset-Backed Certificates Series 2006-HE1 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                      TOTAL: 9