Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | **HELEN M. GINTER** |
| Debtor 2 (Spouse, if filing) | **FRANCIS R. GINTER** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number: | **13-24478CMB** |

## Form 4100N

# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

| **Part 1:** | **Mortgage Information** |
|---|---|

**Name of creditor:**  WILMINGTON SAVINGS FUND SOCIETY FSB

**Court claim no.**  (if known):  3

**Last 4 digits** of any number you use to identify the debtor's account   5  4  5  4

**Property Address:**  600 BEECH HILLS RD
JEANNETTE PA 15644

| **Part 2:** | **Cure Amount** |
|---|---|

| Total cure disbursements made by the trustee: | | | Amount |
|---|---|---|---|
| a.  Allowed prepetition arrearage: | (a) | $ | 20.00 |
| b.  Prepetition arrearage paid by the trustee : | (b) | $ | 20.00 |
| c.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) | $ | 0.00 |
| d.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee : | (d) | $ | 0.00 |
| e.  Allowed postpetition arrearage: | (e) | $ | 0.00 |
| f.  Postpetition arrearage paid by the trustee : | + (f) | $ | 0.00 |
| g.  **Total.** Add lines b, d, and f. | (g) | $ | 20.00 |

| **Part 3:** | **Postpetition Mortgage Payment** |
|---|---|

*Check one*

☒ Mortgage is paid through the trustee .

Current monthly mortgage payment                                    $    $187.04

The next postpetition payment is due on    12 / 1 / 2018
                                                                    MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **HELEN M. GINTER** | | Case number *(if known)* | **13-24478CMB** |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 4:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)** |
|---|---|

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**✗** /s/ Ronda J. Winnecour                      Date      12/12/2018
     Signature

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA |
| | 600 GRANT STREET |
| | SUITE 3250 US STEEL TWR |
| | PITTSBURGH, PA  15219 |

Contact phone   (412) 471-5566                      Email   cmecf@chapter13trusteewdpa.com

---

| Debtor 1 | **HELEN M. GINTER** | | Case number *(if known)* | **13-24478CMB** |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 06/22/2018 | 1085171 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 20.00 |
| | | | | 20.00 |
| | | | | |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 04/25/2014 | 0890641 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 828.31 |
| 05/28/2014 | 0894774 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 182.78 |
| 06/25/2014 | 0898813 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 181.73 |
| 07/24/2014 | 0902948 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 180.98 |
| 08/26/2014 | 0906995 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 251.44 |
| 09/29/2014 | 0911111 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 263.12 |
| 10/29/2014 | 0915183 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 252.96 |
| 11/24/2014 | 0919287 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 120.44 |
| 12/22/2014 | 0923903 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 135.45 |
| 01/27/2015 | 0927902 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 146.39 |
| 02/24/2015 | 0932009 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 157.06 |
| 03/26/2015 | 0936071 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 180.49 |
| 04/24/2015 | 0940185 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 192.66 |
| 05/26/2015 | 0944376 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 155.99 |
| 06/23/2015 | 0948358 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 200.37 |
| 07/28/2015 | 0952376 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 210.39 |
| 08/26/2015 | 0956445 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 51.34 |
| 09/28/2015 | 0960390 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 147.65 |
| 10/26/2015 | 0964318 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 135.33 |
| 11/24/2015 | 0968473 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 219.75 |
| 12/22/2015 | 0972513 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 215.70 |
| 01/26/2016 | 0976513 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 215.41 |
| 02/24/2016 | 0980486 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 46.06 |
| 03/28/2016 | 0984504 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 186.11 |
| 04/22/2016 | 0988750 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 212.77 |
| 05/24/2016 | 0992700 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 410.08 |
| 06/27/2016 | 1001440 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 258.52 |
| 07/26/2016 | 1005408 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 247.07 |
| 08/26/2016 | 1009404 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 282.04 |
| 09/27/2016 | 1013429 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 254.15 |
| 10/26/2016 | 1017322 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 67.09 |
| 11/21/2016 | 1020681 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 113.48 |
| 12/21/2016 | 1023941 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 293.93 |
| 01/27/2017 | 1027390 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 227.87 |
| 02/24/2017 | 1030831 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 239.02 |
| 03/28/2017 | 1034236 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 98.49 |
| 04/21/2017 | 1037572 | HOUSEHOLD REALTY CORP | AMOUNTS DISBURSED TO CREDITOR | 177.52 |
| 05/25/2017 | 1042610 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 151.50 |
| 06/27/2017 | 1046007 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 394.04 |
| 07/25/2017 | 1049287 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 257.15 |
| 08/25/2017 | 1052643 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 175.06 |
| 09/26/2017 | 1055985 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 164.70 |
| 10/25/2017 | 1059324 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 223.42 |
| 11/21/2017 | 1062545 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 113.30 |
| 12/21/2017 | 1065906 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 231.22 |
| 01/25/2018 | 1069168 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 110.45 |
| 02/23/2018 | 1072334 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 213.57 |
| 03/28/2018 | 1075552 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 170.47 |
| 04/24/2018 | 1078770 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 242.48 |
| 05/25/2018 | 1082069 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 240.19 |
| 06/22/2018 | 1085171 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 233.79 |
| 07/26/2018 | 1088419 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 187.04 |
| 08/28/2018 | 1091636 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 187.04 |
| 09/25/2018 | 1094758 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 187.04 |
| 10/29/2018 | 1098021 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 187.04 |
| | | | | 11,409.44 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

HELEN M. GINTER
FRANCIS R. GINTER
600 BEECH HILLS ROAD
JEANNETTE, PA  15644

GLENN R BARTIFAY ESQ
3134 LILLIAN AVE 1ST FL
MURRYSVILLE, PA  15668

WILMINGTON SAVINGS FUND SOCIETY FSB D/B/A CHRISTIANA TRUST - INDENTURE TRUSTEE
C/O SELECT PORTFOLIO SVCNG INC*
PO BOX 65450
SALT LAKE CITY, UT  84165

SELECT PORTFOLIO SERVICING INC**
ATTN BANKRUPTCY NOTICING
3217 S DECKER LAKE DR
SALT LAKE CITY, UT  84119

JAMES C WARMBRODT ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


12/12/18                                          /s/ Renee Ward
                                                  _____
                                                  Administrative Assistant
                                                  Office of the Chapter 13 Trustee