IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO. 13-24478-CMB |
| | ) | |
| HELEN M. GINTER and | ) | CHAPTER 13 |
| FRANCIS R. GINTER, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| U.S. BANK, N.A. successor trustee to | ) | |
| LASALLE BANK NATIONAL | ) | |
| ASSOCIATION, on behalf of the holders of | ) | |
| BEAR STEARNS ASSET BACKED | ) | |
| SECURITIES I TRUST 2006-HE1, | ) | |
| ASSET-BACKED CERTIFICATES | ) | |
| SERIES 2006-HE1, | ) | |
| | ) | |
| Creditor/Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HELEN M. GINTER and | ) | |
| FRANCIS R. GINTER, | ) | |
| | ) | |
| Respondent. | ) | |

## **DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE**

The Respondents/Debtors, Helen M. Ginter and Francis R. Ginter, have reviewed the Notice of Mortgage Payment Change filed on December 18, 2018 by the Movant, U.S. Bank, N.A. successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE1, Asset-Backed Certificates Series 2006-HE1. The Debtor's existing Chapter 13 plan is sufficient to fund the change in the Debtor's post-petition mortgage payment.

Dated: <u>December 20, 2018</u>                    <u>/s/ Natasha C. Alejandro, Esq.</u>
NATASHA C. ALEJANDRO, ESQ.
Pa. Id. No. 316860
Counsel for Debtor/Respondent

BARTIFAY LAW OFFICES, P.C.
3134 Lillian Avenue, First Floor
Murrysville, PA 15668
(412) 824-4011
nalejandro@bartifaylaw.com