**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Helen M. Ginter** | Social Security number or ITIN **xxx–xx–7213** |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | **Francis R. Ginter** | Social Security number or ITIN **xxx–xx–9036** |
| | First Name   Middle Name   Last Name | EIN __–_____ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number: **13–24478–CMB**

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Helen M. Ginter                               Francis R. Ginter

3/1/19                                        **By the court:**   Carlota M. Bohm
                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-24478-CMB
Helen M. Ginter                                                         Chapter 13
Francis R. Ginter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 2              Date Rcvd: Mar 01, 2019
                              Form ID: 3180W          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.
```
db/jdb         +Helen M. Ginter,   Francis R. Ginter,   600 Beech Hills Road,   Jeannette, PA 15644-4038
13737012       +FNB Consumer Discount Company,   6291 St. Rt. 30,   Greensburg, PA 15601-7597
14421446       +Wilmington Savings Fund Society, FSB, d,   Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 02 2019 03:38:20     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
13762944        EDI: AIS.COM Mar 02 2019 08:08:00      American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,   Oklahoma City, OK   73124-8838
13737007       +EDI: CAPITALONE.COM Mar 02 2019 08:13:00      Capital One,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
13737008       +EDI: CAPITALONE.COM Mar 02 2019 08:13:00      Capital One Bank,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
13737011        EDI: DISCOVER.COM Mar 02 2019 08:13:00      Discover Financial Services,   P Box 15316,
                 Wilmington, DE 19850
13741764        EDI: DISCOVER.COM Mar 02 2019 08:13:00      Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH   43054-3025
13737014       +EDI: RMSC.COM Mar 02 2019 08:13:00      GE Capital Retail Bank,   P.O. Box 965007,
                 Orlando, FL 32896-5007
13737015       +EDI: RMSC.COM Mar 02 2019 08:13:00      GE/JCPenney,   Po Box 965007,   Orlando, FL 32896-5007
13737016       +EDI: HFC.COM Mar 02 2019 08:13:00      HSBC Mortgage Services,   P.O. Box 9068,
                 Brandon, FL 33509-9068
13783747       +EDI: HFC.COM Mar 02 2019 08:13:00      HSBC Mortgage Services, Inc.,   P.O. Box 21188,
                 Eagan, Minnesota 55121-0188
13737017       +EDI: RESURGENT.COM Mar 02 2019 08:13:00      LVNV Funding LLC,   PO Box 10497,
                 Greenville, SC 29603-0497
13790809        EDI: RESURGENT.COM Mar 02 2019 08:13:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank (South Dakota),,   N.A.,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
13790810        EDI: RESURGENT.COM Mar 02 2019 08:13:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of GE Money Bank,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
13737018       +EDI: MID8.COM Mar 02 2019 08:08:00      Midland Funding,   8875 Aero Drive Suite 200,
                 San Diego, CA 92123-2255
13737019        EDI: PRA.COM Mar 02 2019 08:08:00      Portfolio Recovery Associates,
                 120 Corporate Blvd Suite 100,   Norfolk, VA 23502
13796973        EDI: PRA.COM Mar 02 2019 08:08:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
13737009       +E-mail/Text: jennifer.chacon@spservicing.com Mar 02 2019 03:39:40
                 Select Portfolio Servicing, Inc.,   SPS, Inc.,   PO Box 65450,   Salt Lake City, UT 84165-0450
13737020       +EDI: VERIZONCOMB.COM Mar 02 2019 08:08:00      Verizon,   P.O. Box 5029,
                 Wallingford, CT 06492-7529
                                                                                                TOTAL: 18
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              U.S. Bank, N.A., successor trustee to LaSalle Ban
cr              U.S. Bank, N.A., successor trustee to LaSalle Bank
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
13737010        Citibank South Dakota NA
13737013        GE Capital Corporation
cr             ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                  TOTALS: 5, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: mgut              Page 2 of 2          Date Rcvd: Mar 01, 2019
                              Form ID: 3180W          Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2019 at the address(es) listed below:
              Danielle Boyle-Ebersole    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series
               2017-1 debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
              Glenn R. Bartifay    on behalf of Debtor Helen M. Ginter gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              Glenn R. Bartifay    on behalf of Joint Debtor Francis R. Ginter gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE1, Asset-Backed Certificates Series 2006-HE1 kab@jsdc.com,   jnr@jsdc.com;eaf@jsdc.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2006-HE1, Asset-Backed Certificates Series 2006-HE1 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2006-HE1, Asset-Backed Certificates Series 2006-HE1 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```