**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
HELEN M. GINTER
FRANCIS R. GINTER
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:13-24478

Chapter 13

Related to: Document No. 103

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___1st___ day of ___March___, 20_19_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
3/1/19 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 13-24478-CMB
Helen M. Ginter                                                   Chapter 13
Francis R. Ginter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: mgut              Page 1 of 2              Date Rcvd: Mar 01, 2019
                               Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2019.
db/jdb         +Helen M. Ginter,    Francis R. Ginter,    600 Beech Hills Road,    Jeannette, PA 15644-4038
13737012       +FNB Consumer Discount Company,    6291 St. Rt. 30,    Greensburg, PA 15601-7597
13737016       +HSBC Mortgage Services,    P.O. Box 9068,   Brandon, FL 33509-9068
13783747       +HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
14421446       +Wilmington Savings Fund Society, FSB, d,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13762944        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 02 2019 03:55:48
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
13737007       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 02 2019 03:42:00      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
13737008       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 02 2019 03:42:00      Capital One Bank,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
13737011        E-mail/Text: mrdiscen@discover.com Mar 02 2019 03:37:36       Discover Financial Services,
                 P Box 15316,   Wilmington, DE 19850
13741764        E-mail/Text: mrdiscen@discover.com Mar 02 2019 03:37:36       Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH   43054-3025
13737014       +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2019 03:42:43       GE Capital Retail Bank,
                 P.O. Box 965007,    Orlando, FL 32896-5007
13737015       +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2019 03:42:19       GE/JCPenney,   Po Box 965007,
                 Orlando, FL 32896-5007
13737017       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2019 03:54:30      LVNV Funding LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
13790809        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2019 03:42:58
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13790810        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2019 03:42:58
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13737018       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 02 2019 03:38:33       Midland Funding,
                 8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
13737019        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2019 04:09:33
                 Portfolio Recovery Associates,    120 Corporate Blvd Suite 100,    Norfolk, VA 23502
13796973        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2019 03:42:55
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13737009       +E-mail/Text: jennifer.chacon@spservicing.com Mar 02 2019 03:39:40
                 Select Portfolio Servicing, Inc.,    SPS, Inc.,   PO Box 65450,    Salt Lake City, UT 84165-0450
13737020       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 02 2019 03:37:29
                 Verizon,   P.O. Box 5029,    Wallingford, CT 06492-7529
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank, N.A., successor trustee to LaSalle Ban
cr              U.S. Bank, N.A., successor trustee to LaSalle Bank
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
13737010        Citibank South Dakota NA
13737013        GE Capital Corporation
cr           ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                              TOTALS: 5, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0315-2          User: mgut                Page 2 of 2               Date Rcvd: Mar 01, 2019
                              Form ID: pdf900           Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:

      Danielle Boyle-Ebersole    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 debersole@hoflawgroup.com, pfranz@hoflawgroup.com

      Glenn R. Bartifay    on behalf of Debtor Helen M. Ginter gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com

      Glenn R. Bartifay    on behalf of Joint Debtor Francis R. Ginter gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com

      James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 bkgroup@kmllawgroup.com

      KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE1, Asset-Backed Certificates Series 2006-HE1 kab@jsdc.com, jnr@jsdc.com;eaf@jsdc.com

      Matthew Christian Waldt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE1, Asset-Backed Certificates Series 2006-HE1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

      Matthew Christian Waldt    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

      Matthew Christian Waldt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE1, Asset-Backed Certificates Series 2006-HE1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

      TOTAL: 10